# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: CareMatrix Corporation, *et al.*, | ) | Case No.: 00-4159 (CGC) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | Chapter: 11 |
| _____ | ) | (Jointly Administered) |
| | ) | |
| CareMatrix Corporation, *et al.*, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Mary Collamore, | ) | Adv. Proc. No.: 02-6446 (PBL) |
| Paula Hertel, | ) | Adv. Proc. No.: 02-6448 (PBL) |
| Compscript, Inc., | ) | Adv. Proc. No.: 02-6458 (PBL) |
| Gerber Life Insurance Company, | ) | Adv. Proc. No.: 02-6517 (PBL) |
| Herman/Turner Group, LLC, | ) | Adv. Proc. No.: 02-6461 (PBL) |
| Mystic View Design, Inc., | ) | Adv. Proc. No.: 02-6465 (PBL) |
| New Jersey Respiratory Association, Inc., | ) | Adv. Proc. No.: 02-6466 (PBL) |
| Nutter, McClennen & Fish, | ) | Adv. Proc. No.: 02-6467 (PBL) |
| Pricewaterhouse Coopers, LLP, | ) | Adv. Proc. No.: 02-6469 (PBL) |
| Wahlstrom & Company, | ) | Adv. Proc. No.: 02-6471 (PBL) |
| Sheldon Corporation, | ) | Adv. Proc. No.: 02-6519 (PBL) |
| Cadwalader, Wichersham & Taft, | ) | Adv. Proc. No.: 02-6444 (PBL) |
| Sheldon Corporation, | ) | Adv. Proc. No.: 02-6520 (PBL) |
| Newton Hospitality, Inc., | ) | Adv. Proc. No.: 02-6509 (PBL) |
| Hallsmith Sysco Food Service, | ) | Adv. Proc. No.: 02-6452 (PBL) |
| Global Medical, | ) | Adv. Proc. No.: 02-6453 (PBL) |
| Merrill Daniels, | ) | Adv. Proc. No.: 02-6456 (PBL) |
| Davis Wright Tremaine, | ) | Adv. Proc. No.: 02-6459 (PBL) |
| Express Scripts, Inc., | ) | Adv. Proc. No.: 02-6460 (PBL) |
| Lexington Insurance Company, | ) | Adv. Proc. No.: 02-6463 (PBL) |
| Merrill Daniels, | ) | Adv. Proc. No.: 02-6464 (PBL) |
| O.M. 197 First Avenue, LLC, | ) | Adv. Proc. No.: 02-6468 (PBL) |
| Upstate Administrative Service, | ) | Adv. Proc. No.: 02-6470 (PBL) |
| Hallsmith-Sysco, | ) | Adv. Proc. No.: 02-6482 (PBL) |
| HPC Food Service, | ) | Adv. Proc. No.: 02-6484 (PBL) |
| Sysco Food Services, | ) | Adv. Proc. No.: 02-6492 (PBL) |
| Heritage Furniture & Equipment, | ) | Adv. Proc. No.: 02-6494 (PBL) |
| Valcour Medical, | ) | Adv. Proc. No.: 02-6495 (PBL) |
| Americare Health Care, | ) | Adv. Proc. No.: 02-6496 (PBL) |
| Heritage Furniture & Equipment, | ) | Adv. Proc. No.: 02-6497 (PBL) |
| HPC, | ) | Adv. Proc. No.: 02-6498 (PBL) |

| | | | |
|---|---|---|---|
| Valcour Medical, | ) | Adv. Proc. No.: | 02-6506 (PBL) |
| Athena Health Care, | ) | Adv. Proc. No.: | 02-6507 (PBL) |
| Americare Health Care, | ) | Adv. Proc. No.: | 02-6510 (PBL) |
| Sylvan Manor Health Care, | ) | Adv. Proc. No.: | 02-6514 (PBL) |
| Hallsmith Sysco Food Service, | ) | Adv. Proc. No.: | 02-6515 (PBL) |
| American Health Services, | ) | Adv. Proc. No.: | 02-6516 (PBL) |
| Rosen Investments, | ) | Adv. Proc. No.: | 02-6521 (PBL) |
| Rosen Management, Inc., | ) | Adv. Proc. No.: | 02-6862 (PBL) |
| Perigon Distribution Corp., | ) | Adv. Proc. No.: | 02-6487 (PBL) |
| Pharmerica, | ) | Adv. Proc. No.: | 02-6488 (PBL) |
| Perigon, | ) | Adv. Proc. No.: | 02-6499 (PBL) |
| Starmed Staffing Group, | ) | Adv. Proc. No.: | 02-6502 (PBL) |
| Leslie Crawford, | ) | Adv. Proc. No.: | 02-6447 (PBL) |
| Nancy McCormick, | ) | Adv. Proc. No.: | 02-6450 (PBL) |
| Sarah Mondano, | ) | Adv. Proc. No.: | 02-6451 (PBL) |
| Jeff Solarz, | ) | Adv. Proc. No.: | 02-6445 (PBL) |
| Third Avenue Value Fund, et al., | ) | Adv. Proc. No.: | 02-6518 (PBL) |
| Foundation Health Corporation, | ) | Adv. Proc. No.: | 03-53097 (PBL) |
| Defendants. | | | |

## STATUS REPORT

Pursuant to the request of the United States Bankruptcy Court, the above captioned reorganized debtors and non reorganized debtors (the "Debtors") hereby files a Status Report on the captioned adversary actions (the "Adversary Actions").

A.  Since the filing of the Adversary Actions prior to May 2, 2003:

**Non Class Action**

(1)  service has been completed, yet no response has been filed at this time in answer or defense of the complaint, in the one (1) Adversary Action identified on Exhibit 1, Status "B" attached hereto;

(2)  service has been completed and Debtors will be filing a motion seeking default judgment in the four (4) Adversary Actions identified on Exhibit 2, Status "C" attached hereto;

(3)     Debtors have settled and filed the settlement agreements in the main case, and therefore request dismissal in the thirty-four (34) Adversary Actions identified on <u>Exhibit 3, Status "D"</u> attached hereto;

(4)     service has been effectuated, an answer and/or counterclaim has been filed, and discovery/disclosures are underway in the nine (9) Adversary Actions identified on <u>Exhibit 4, Status "F"</u>;

**<u>Class Action</u>**

(1)     service has been completed and Debtors will be filing a motion seeking default judgment against thirty (30) defendants identified on <u>Exhibit 5, Status "C"</u> attached hereto;

(3)     Debtors have settled and filed the related settlement agreements in the main case, and therefore requests dismissal against ten (10) defendants identified on <u>Exhibit 6, Status "D"</u> attached hereto;

(4)     service has been effectuated, an answer and/or counterclaim has been filed, and discovery/disclosures are underway against thirteen (13) defendants identified on <u>Exhibit 7, Status "F"</u>;

B.     Debtors continue to pursue settlement of the Adversary Actions not resolved at this time, and is conducting discovery as necessary and appropriate.

Wilmington, Delaware
Date: June 8, 2004

<u>/s/ Christopher M. Winter</u>
Michael R. Lastowski (DE I.D. No. 3892)
Christopher M. Winter (DE I.D. No. 4163)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware  19801
Telephone:     (302) 657-4900
Facsimile:     (302) 657-4901
E-mail:     <u>mlastowski@duanemorris.com</u>
     <u>cmwinter@duanemorris.com</u>

and

Paul D. Moore
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02110
Telephone:      (617) 289-9200
Facsimile:      (617) 289-9201
E-mail:          pdmoore@duanemorris.com

Attorneys for the Reorganized Debtors

# <u>EXHIBIT 1</u>

STATUS B – List all cases where service is complete, but answers are still due.
Give answer due date.

| Defendant Name | Adversary Proceeding No. | Answer Due Date |
|---|---|---|
| Foundation Health Corporation | 03-53097 | No answer has been filed yet.  An answer is due no later than 9/01/04. |

<u>**EXHIBIT 2**</u>

Status C – List all cases where service is complete, no answer has been filed, and counsel will be making a motion or request for Default Judgment.

| Defendant Name | Adversary Proceeding No. |
|---|---|
| Valcour Medical | 02-6506 |
| Crawford, Leslie | 02-6447 |
| Mondano, Sarah | 02-6451 |
| Valcour Medical | 02-6495 |

## EXHIBIT 3

Status D – List all cases where the adversary case has been settled, the Settlement Agreement has been filed in the main bankruptcy case, and you are requesting a dismissal. Filing under Status D constitutes the filing of a Notice of Dismissal. Cases listed will be closed by the Court.

| Defendant Name | Adversary Proceeding No. |
|---|---|
| Davis Wright Tremaine | 02-6459 |
| Gerber Life Insurance Company | 02-6517 |
| Herman/Turner Group, LLC | 02-6461 |
| Lexington Insurance Company | 02-6463 |
| Merrill Daniels c/o Merrill Corporation | 02-6464 |
| Mystic View Design, Inc. | 02-6465 |
| New Jersey Respiratory Association, Inc. | 02-6466 |
| Nutter, McClennen & Fish | 02-6467 |
| O.M. 197 First Avenue, LLC | 02-6468 |
| Pricewaterhouse Coopers, LLP | 02-6469 |
| Sheldon Corporation | 02-6519 |
| Cadwalader, Wickersham & Taft | 02-6444 |
| Merrill Daniels c/o Merrill Corporation | 02-6456 |
| Sheldon Corporation | 02-6520 |
| Newton Hospitality, Inc. d/b/a Event Temps | 02-6509 |
| Hallsmith – Sysco | 02-6482 |
| HPC Food Service | 02-6484 |
| Perigon Distribution Corp. | 02-6487 |
| Pharmerica | 02-6488 |
| Sysco Food Services | 02-6492 |
| Americare Health Care | 02-6496 |
| Americare Health Care | 02-6510 |
| Hallsmith Sysco Food Service | 02-6515 |
| American Health Services | 02-6516 |
| Heritage Furniture & Equipment | 02-6497 |
| HPC | 02-6498 |
| Perigon | 02-6499 |
| Starmed Staffing Group | 02-6502 |
| Hallsmith Sysco Food Service | 02-6452 |
| Collamore, Mary | 02-6446 |
| Hertel, Paula | 02-6448 |
| McCormick, Nancy | 02-6450 |
| Heritage Furniture & Equipment | 02-6494 |
| Athena Health Care Associates, Inc. | 02-6507 |

## EXHIBIT 4

Status F – List all cases where service is complete, answer has been filed, discovery/disclosures are underway, and the expected date of completion of discovery/disclosure.

| Defendant Name | Adversary Proceeding No. | Expected Completion Date |
|---|---|---|
| Global Medical | 02-6453 | 9/01/04* |
| Compscript, Inc. | 02-6458 | 9/01/04* |
| Express Scripts, Inc. | 02-6460 | 9/01/04* |
| Upstate Administrative Services | 02-6470 | 9/01/04* |
| Wahlstrom & Company | 02-6471 | 9/01/04* |
| Sylvan Manor Health Care | 02-6514 | 9/01/04* |
| Rosen Investments | 02-6521 | 9/01/04* |
| Solarz, Jeff | 02-6445 | 9/01/04* |
| Rosen Management, Inc. | 02-6862 | 9/01/04* |

* Counsel expects to seek an extension of deadlines in current Scheduling Orders.

**EXHIBIT 5**

Status C – List all cases where service is complete, no answer has been filed, and counsel will be making a motion or request for Default Judgment.

| Defendant Name | Adversary Proceeding No. |
|---|---|
| Salomon Smith Barney | 02-6518 |
| Bankers Trust | 02-6518 |
| Bear Stearns | 02-6518 |
| Valcour Medical | 02-6518 |
| Custodial Trust Company | 02-6518 |
| Barclays Capital, Inc. | 02-6518 |
| Barclays Global Investors | 02-6518 |
| Prime Brokerage Omnibus Account | 02-6518 |
| John B. Crook | 02-6518 |
| Emmett F. Ryan | 02-6518 |
| Wachovia Bank | 02-6518 |
| Alfred K. Tyll | 02-6518 |
| Tracey Tyll Meyer | 02-6518 |
| CRT Capital Group LLC | 02-6518 |
| Bazelon, Less & Feldman, P.C., as trustee for the Jeffrey Less Pension Plan | 02-6518 |
| Securities Fortress Limited Partnership | 02-6518 |
| Margaret M. Hood | 02-6518 |
| Navy Exchange Service Command Retirement Trust | 02-6518 |
| LC Capital Partners, LP | 02-6518 |
| LC Capital Master Fund LTD | 02-6518 |
| Southport Partners L.P. | 02-6518 |
| Southport Partners, L.P. | 02-6518 |
| Southport Management Partnership LP | 02-6518 |
| Oceanic New World Trust | 02-6518 |
| Aggressive Conservative Investment Fund L.P. | 02-6518 |
| Lampe Conway & Company LLC | 02-6518 |

| | |
|---|---|
| LC Capital Master Fund LTD | 02-6518 |
| Rumpere Capital Trading Partners LTD | 02-6518 |
| Rumpere Capital, L.P. | 02-6518 |
| P. Schoenfeld Asset Management | 02-6518 |
| Deephaven Domestic Convertible Trading LTD | 02-6518 |

# EXHIBIT 6

Status D – List all cases where the adversary case has been settled, the Settlement Agreement has been filed in the main bankruptcy case, and you are requesting a dismissal. Filing under Status D constitutes the filing of a Notice of Dismissal. Cases listed will be closed by the Court.

| Defendant Name | Adversary Proceeding No. |
|---|---|
| Third Avenue Value Fund | 02-6518 |
| Third Avenue Real Estate Value Fund | 02-6518 |
| Third Avenue Trust | 02-6518 |
| MJ Whitman LLC | 02-6518 |
| MJ Whitman, Inc. | 02-6518 |
| Argent Classic Convertible Arbitrage Fund Limited Partnership | 02-6518 |
| Argent Financial Group, Inc. | 02-6518 |
| Argent Classic Convertible Arbitrage Fund (Bermuda) L.P. | 02-6518 |
| Mellon Bank Corporation | 02-6518 |
| Boston Safe Deposit and Trust | 02-6518 |

## EXHIBIT 7

Status F – List all cases where service is complete, answer has been filed, discovery/disclosures are underway, and the expected date of completion of discovery/disclosure.

| Defendant Name | Adversary Proceeding No. | Expected Completion Date |
|---|---|---|
| Credit Suisse First Boston | 02-6518 | 9/01/04* |
| First Boston Corporation | 02-6518 | 9/01/04* |
| DLJ Securities Corporation | 02-6518 | 9/01/04* |
| Lehman Brothers, Inc. | 02-6518 | 9/01/04* |
| Paul Krause | 02-6518 | 9/01/04* |
| Robert Krause | 02-6518 | 9/01/04* |
| Ronald Pomykala, as trustee for Pomykala Pension and Profit Trust | 02-6518 | 9/01/04* |
| Ronald Pomykala | 02-6518 | 9/01/04* |
| Jeffrey Less | 02-6518 | 9/01/04* |
| Joe R. Cleveland | 02-6518 | 9/01/04* |
| Delphi Foundation | 02-6518 | 9/01/04* |
| General Motors Foundation Inc. | 02-6518 | 9/01/04* |
| Motors Insurance Corp. | 02-6518 | 9/01/04* |

* Counsel expects to seek an extension of deadlines in current Scheduling Orders.