# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | (Jointly Administered) |
| CareMatrix Corporation, *et al.*, | ) | Case No. 00-4159 (JLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| CareMatrix Corporation, *et al.*, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Upstate Administrative Service, | ) | Adv. Pro. No. 02-6470 (PBL) |
| Third Avenue Value Fund, et al., | ) | Adv. Pro. No. 02-6518 (PBL) |
| | ) | |
| Defendants. | ) | |

## STATUS REPORT

Pursuant to the request of the United States Bankruptcy Court, the above captioned reorganized debtors (the "Debtors") hereby file a Status Report on the captioned adversary actions (the "Adversary Actions").

(1) Service has been completed and Debtors have filed or will be filing a motion seeking default judgment in the three (6) Adversary Actions identified on Exhibit 1, Status "C" attached hereto;

(2) Debtors have previously settled or otherwise resolved and therefore request dismissal of defendants indicated in the thirty-seven (37) Adversary Actions identified on Exhibit 2, Status "D" attached hereto; and

(3) The adversary case has been resolved/settled, but Notice/Stipulation of Dismissal cannot yet be filed in the one (1) Adversary Actions identified on Exhibit 3, Status "E" attached hereto.

WLM\211650.1

Dated: October 7, 2005
     Wilmington, Delaware

/s/ Christopher M. Winter
Michael R. Lastowski (DE I.D. No. 3892)
Christopher M. Winter (DE I.D. No. 4163)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-mail: mlastowski@duanemorris.com
        cmwinter@duanemorris.com

-and-

Paul D. Moore
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02110
Telephone: (617) 289-9200
Facsimile: (617) 289-9201
E-mail: pdmoore@duanemorris.com

*Attorneys for the Reorganized Debtors*

## EXHIBIT 1

Status C – List all cases where service is complete, no answer has been filed, and are making motion or request for Default Judgment

Navy Exchange Service Command Retirement Trust
LC Capital Master Fund LTD
Southport Partners L.P.
Southport Management Partnership LP
Oceanic New World Trust
Prime Brokerage Omnibus Account

## EXHIBIT 2

Status D – Cases where the adversary case has been settled or otherwise resolved and Debtors are requesting a dismissal. Filing under Status D constitutes the filing of a Notice of Dismissal. Cases listed will be closed by the Court.

Third Avenue Value Fund
Third Avenue Real Estate Value Fund
Third Avenue Trust
MJ Whitman LLC
MJ Whitman, Inc.
Argent Classic Convertible Arbitrage Fund Limited Partnership
Argent Financial Group, Inc.
Argent Classic Convertible Arbitrage Fund (Bermuda) L.P.
Credit Suisse First Boston
First Boston Corporation
DLJ Securities Corporation
Salomon Smith Barney
Custodial Trust Company
Paul Krause
Robert Krause
Ronald Pomykala
Alfred K. Tyll
Tracey Tyll Meyer
Joe Cleveland
Bazelon, Less & Feldman, P.C., as trustee for the Jeffrey Less Pension Plan
Jeffrey Less
Delphi Foundation
General Motors Foundation

Motor Insurance Corp.

Aggressive Conservative Investment Fund L.P.

Rumpere Capital Trading Partners LTD

Rumpere Capital, L.P.

Deephaven Domestic Convertible Trading LTD

Lampe Conway & Company

John B. Crook

Emmett F. Ryan

Wachovia Bank Nat'l Assoc

P. Schoenfeld Asset Management

Barclays Capital, Inc.

Barclays Global Investors

Lehman Brothers, Inc.

CRT Capital Group LLC

# EXHIBIT 3

Status E – List all cases where the adversary case has been resolved/settled, but Notice/Stipulation of Dismissal cannot yet be filed. Provide explanation as to why Notice/Stipulation of Dismissal has not been filed and date when Notice/Stipulation of Dismissal is expected to be filed.

| **Defendant** | **Adv. Pro. No.** | **Explanation and Expected Date of Dismissal** |
|---|---|---|
| Upstate Administrative Service | 02-6470 | A motion to approve settlement between the parties is pending before the Court. The Debtors expect to dismiss this action on or before October 22, 2005 |

4

WLM\211650.1